Mohammed N. JILANI, Petitioner-Appellant,

v.

Donnie HARRISON, Respondent-Appellee.

No. 17-7627

United States Court of Appeals, Fourth Circuit.

Submitted: February 22, 2018

Decided: February 27, 2018

Mohammed Nasser Jilani, Appellant Pro Se.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammed Nasser Jilani appeals the district court's order dismissing this action for failure to comply with the court's order that he pay a $5 filing fee or apply for leave to proceed in forma pauperis. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal for the reasons stated by the district court. *Jilani v. Harrison*, No. 5:17-hc-02187-BO (E.D.N.C. Nov. 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*